March 29, 2010

ARROYO, MARGARET DENISE
ARROYO, CALIXTO

Re: Case No. 10-D7174 TUC EWH

FILED

2010 MAR 29 P 12:40

CLERK
US BANKRUPTCY COURT
DISTRICT OF ARIZONA

MOTION FOR DISMISSAL

WE, CALIXTO & MARGARET DENISE ARROYO, WOULD LIKE THIS CASE DISMISSED. WE MADE A MISTAKE BY FILING FOR BANKRUPTCY.

*Calixto Arroyo*
CALIXTO ARROYO
910 W. SAGUARO LANE
QUEEN CREEK, AZ 85143

*Denise Arroyo*
MARGARET DENISE ARROYO
910 W. SAGUARO LANE
QUEEN CREEK, AZ 85143

03/29/2010